UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joseph E. Motes,

    Plaintiff,

v.

Circle K Stores, Inc., *et al.*,

    Defendants.

Case No. 2:25-cv-25

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On June 2, 2025, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that Plaintiff's claims against Defendants John Doe 1–10 be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process. ECF No. 25. The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. No objections have been filed, and the time for filing objections has passed

Having received no objections, the R&R is **ADOPTED**. Plaintiff's claims against Defendants John Doe 1–10 are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) for failure to timely effect service of process.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT